IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Rocky Lynn Bridwell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 11-3177-CV-S-JTM |
| ) | |
| Ron Ginn, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the *Stipulation For Dismissal*, filed August 22, 2011 [Doc. 7], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

/s/ John T. Maughmer
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**